AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 0 8 2007

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

V.

Miguel Diaz Jr.
YOB: 1973, U.S. Citizen

**CRIMINAL COMPLAINT**

CASE NUMBER: B-07-1143-MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 6, 2007 in Cameron County, in the Southern District of Texas, defendant did,

**illegally possess a firearm that had previously traveled in and affected interstate commerce, after being convicted in a court of law for a felony crime punishable by imprisonment for a term exceeding one year,**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**

-and-

**knowingly possess a firearm which has had the manufacturers serial number removed, obliterated and altered and which has been shipped and transported in interstate and foreign commerce.**

in violation of Title **18** United States Code, Section(s) **922 (k).**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

(SEE ATTACHMENT A)

Continued on the attached sheet and made a part hereof: ■ YES ☐ NO

Bennie Mims, Special Agent
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 8, 2007
Date

Brownsville, Texas
City and State

John Wm. Black, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer